1

2

3

4

5

6

7                        IN THE UNITED STATES DISTRICT COURT FOR THE

8                             EASTERN DISTRICT OF CALIFORNIA

9

MICHELLE B. GONZALES,                    )          1:11cv0581 DLB
10                                       )
                                         )
11                                       )
                                         )          ORDER TO SHOW CAUSE
12              Plaintiff,               )
                                         )
13          vs.                          )
                                         )
14  COMMISSIONER OF SOCIAL               )
    SECURITY,                            )
15                                       )
                                         )
16              Defendant.               )
    _____ )
17

18
          On April 8, 2011, Plaintiff, proceeding with counsel and in forma pauperis, filed the present
19
    action for judicial review of the denial of Social Security benefits.  On April 11, 2011, the Court
20
    issued a Scheduling Order.  The Scheduling Order states that within 120 days after service,
21
    Defendant shall file and serve a copy of the administrative record, which shall be deemed an answer
22
    to the complaint.  The Order also provides that within 30 days after service of the administrative
23
    record, Plaintiff shall serve on Defendant a letter brief outlining why remand is warranted which
24
    Defendant shall respond to within 35 days.  Thereafter, if Defendant does not stipulate to remand,
25
    within 30 days of Defendant's response, Plaintiff must file and serve an opening brief.
26

27

28                                               1

On August 16, 2011, Defendant lodged the administrative record.  Pursuant to the Scheduling Order, Plaintiff was required to file her opening brief on or before November 21, 2011.  Plaintiff has failed to file an opening brief.

Therefore, Plaintiff is ORDERED TO SHOW CAUSE, if any she has, why the action should not be dismissed for failure to comply with the Court's orders.  Plaintiff is ORDERED to file a written response to this Order to Show Cause within twenty (20) days of the date of this Order.  If Plaintiff desires more time to file her brief or wishes to dismiss this action, she should so state in her response.

**Failure to respond to this Order to Show Cause will result in dismissal of this action.**

IT IS SO ORDERED.

**Dated:    December 9, 2011                      /s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE

2