IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE B. GONZALES,<br><br>    Plaintiff,<br><br> vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | 1:11cv0581 DLB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Doc. 13) |

  On December 9, 2011, the Court issued an order to show cause why the instant action should not be dismissed for Plaintiff's failure to file an opening brief.

  Plaintiff filed a response on December 29, 2011, explaining that counsel made a calendaring error. Counsel intends to file a stipulation for dismissal of this action. Doc. 14.

  Based on Plaintiff's response and counsel's intention to file a stipulation of dismissal, the order to show cause is DISCHARGED.

  IT IS SO ORDERED.

  **Dated: January 3, 2012**       **/s/ Dennis L. Beck**
                          UNITED STATES MAGISTRATE JUDGE

1