IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHELLE B. GONZALES, | ) | 1:11cv0581 DLB |
| | ) | |
| | ) | |
| | ) | ORDER DISCHARGING ORDER |
| | ) | TO SHOW CAUSE |
| Plaintiff, | ) | |
| | ) | (Doc. 13) |
| vs. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

On December 9, 2011, the Court issued an order to show cause why the instant action should not be dismissed for Plaintiff's failure to file an opening brief.

Plaintiff filed a response on December 29, 2011, explaining that counsel made a calendaring error. Counsel intends to file a stipulation for dismissal of this action. Doc. 14.

Based on Plaintiff's response and counsel's intention to file a stipulation of dismissal, the order to show cause is DISCHARGED.

IT IS SO ORDERED.

**Dated:   January 3, 2012**          /s/ Dennis L. Beck
                                      UNITED STATES MAGISTRATE JUDGE

1