1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Michelle B. Gonzales
6

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| MICHELLE B. GONZALES, | Case No.:  1:11-cv-00581-DLB |
| Plaintiff, | STIPULATION AND ORDER FOR DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE DENNIS L. BECK, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Michelle B. Gonzales ("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security ("Defendant"), that this matter be dismissed with prejudice, each party to bear its

///

///

-1-

own fees, costs, and expenses.  The parties enter into this stipulation pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B).

DATE: January 6, 2012            Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Young Cho*
BY:_____
Young Cho
Attorney for plaintiff Michelle B. Gonzales

DATE: January 6, 2012            BENJAMIN B. WAGNER
United States Attorney

/s/ *Geralyn Gulseth for Armand D. Roth*
_____
Armand D. Roth
Special Assistant United States Attorney
Attorneys for Defendant Michael J. Astrue,
Commissioner of Social Security
(Per e-mail authorization via Geralyn Gulseth,
Special Assistant United States Attorney)

## ORDER

IT IS SO ORDERED.

Dated:  **January 9, 2012**                /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE